IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FITZROY K. HAMILTON,

   Petitioner,

    v.

BUREAU OF IMMIGRATION AND
CUSTOMS ENFORCEMENT,

   Respondent.

CIVIL ACTION FILE
NO. 1:08-CV-1174-TWT

## ORDER

    This is a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending dismissing the action. For the reasons stated in the Report and Recommendation, the Petitioner is not in the custody of the Respondent. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

    SO ORDERED, this 18 day of June, 2008.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\08\Hamilton\r&r.wpd